# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129985

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROY BOWEN,
      Defendant-Appellant.

SC: 129985
COA: 264116
Berrien CC: 00-002159

_____/

      On order of the Court, the application for leave to appeal the November 9, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

s0424

_____
Clerk